Floyd W. Bybee #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd. Ste. 5
Chandler, Arizona 85226
Phone: (480) 756-8822
Fax: (480) 297-0917
Email: floyd@bybeelaw.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jordan M. Rodrigues, | No. CV 24-2471-PHX-DWL |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| -vs.- | |
| ARJ360 LLC, Resolvion Management Services, LLC, and U Drive Acceptance Corporation, Inc., | |
| Defendants. | |

Plaintiff and Defendants, ARJ360 LLC and Resolvion Management Services, LLC, by and through counsel, hereby stipulate to the dismissal of this action with prejudice, each party to bear its own fees and costs.

RESPECTFULLY SUBMITTED:    December 8, 2025                    .

s/   Floyd W. Bybee
Floyd W. Bybee #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd. Ste. 5
Chandler, Arizona 85226
Phone: (480) 756-8822
Email: floyd@bybeelaw.com

Attorney for Plaintiffs

s/  John M. Gregory, Esq.
**JONES SKELTON &**
 **HOCHULI PLC**
40 N. Central Ave. Ste 2700
Phoenix, AZ 85004
jgregory@jshkfirm.com
Attorney for Defendant AJR360
LLC

s/   Anthony J. Fernandez
Anthony J. Fernandez, Esq.
**QUINTAIROS PRIETO WOOD**
**AND BOYER, PA**
8800 E Raintree Dr. Ste 100
Scottsdale, AZ 85260
afernandez@qpwblaw.com
Attorney for Defendant ASLR
Holdings, LLC d.b.a. Resolvion
GP

2